[Civ. No. 8683. Second Appellate District, Division Two.—January 12, 1933.]

SECURITY TITLE INSURANCE & GUARANTEE COMPANY (a Corporation), Petitioner, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent.

Swaffield & Swaffield for Petitioner.

Ray Meacham and J. E. Pawson for Respondent.

CRAIG, J.—A receiver having been appointed by the Superior Court of Los Angeles County at the instance of a creditor of Long Beach Escrow and Title Company, a corporation, in an action founded upon a promissory note, the instant proceeding was instituted praying a writ of prohibition to restrain said court and receiver from marshaling and distributing the assets of said corporation, in such receivership matter.

The principles announced in *Moore* v. *Superior Court*, 127 Cal. App. 692 [16 Pac. (2d) 324], decided November 26, 1932, are in all essentials applicable to the proceeding before us at this time, and require us to hold that the order appointing a receiver and all proceedings had thereunder were null and void.

The writ is granted as prayed.

Works, P. J., and Stephens, J., concurred.